The PEOPLE of the State of Colorado

v.

Jerry MONTOYA.

No. 86CA0180.

Supreme Court of Colorado.

Oct. 16, 1989.

Petition for writ of certiorari denied.